UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CHRISTY THEALL,**

    **Plaintiff,**

v.                          CASE NO. 2:13-cv-00408-JES-UAM

**DOLLAR TREE STORES, INC.,**
a Virginia Corporation,

    **Defendant.**

_____

**JOINT MOTION TO APPEAR TELEPHONICALLY
AT PARTIES' SETTLEMENT CONFERENCE**

Plaintiff Christy Theall and Defendant Dollar Tree Stores, Inc., pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 3.05(c), respectfully move this Court for an Order permitting the parties to participate telephonically in the parties' settlement conference which must take place no later than November 6, 2013. As grounds for this motion, the parties state:

Counsel for Plaintiff is located in Bonita Springs, Florida and counsel for Defendant is located in Port St. Lucie, Florida. Due to the difficulties in scheduling a time where both counsel are available in person due to the respective distance from each other, the parties request permission to conduct the settlement conference by telephone.

Wherefore, Plaintiff Christy Theall and Defendant Dollar Tree Stores, Inc., respectfully request the Court for leave to appear telephonically for the settlement conference as set forth herein.

    Dated: <u>October 29, 2013.</u>

s/Benjamin Yormak                    s/Angelique Groza Lyons
Benjamin H. Yormak, Esq.           Angelique Groza Lyons, Esq.
Fla. Bar No. 71272                     Fla. Bar No. 118801

| | |
|---|---|
| byormak@yormaklaw.com | alyons@constangy.com |
| Yormak Employment & Disability Law | Cherie L. Silberman, Esq. |
| 9990 Coconut Road | Fla. Bar No. 15724 |
| Bonita Springs, Florida 34135 | csilberman@constangy.com |
| (239) 985-9691 / Fax: (239) 288-2534 | CONSTANGY, BROOKS & SMITH, LLP |
| Attorney for Plaintiff | 100 North Tampa Street, Suite 3350 |
| | Post Office Box 1840 |
| | Tampa, Florida 33601-1840 |
| | (813) 223-7166 / Fax: (813) 223-2515 |
| | Attorneys for Defendant |